

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TYISHA MICHELLE JONES, | § | No. 08-16-00269-CR |
| Appellant, | § | Appeal from the |
| | § | 120th District Court |
| v. | § | of El Paso County, Texas |
| THE STATE OF TEXAS, | § | (TC# 20130D06247) |
| State. | § | |
| | § | |

**O R D E R**

On January 31, 2017, Justin B. Underwood, Appellant's retained attorney, filed with this Court a motion for voluntary dismissal of the appeal, but the motion does not contain the Appellant's signature as required by TEX.R.APP.P. 42.2. The motion states that Appellant has moved out of Texas, and Mr. Underwood is unable to locate her. Rule 42.2 does not permit the Court to dismiss the appeal without Appellant's signature on the motion unless the record affirmatively reflects that Appellant no longer wishes to appeal. There is nothing in the record showing that Appellant does not wish to pursue the appeal. Accordingly, the motion to dismiss is DENIED. Further, the Reporter's Record is now due March 8, 2017.

IT IS SO ORDERED this 6th day of February, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.